UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>45 SPRING FALAFEL LLC d/b/a Taim Falafel and MARGI HOLDING CORP.,<br><br>    Defendants. | Case No. 1:18-CV-7383 (LGS)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kareem Nelson and Defendants 45 SPRING FALAFEL LLC d/b/a Taim Falafel and MARGI HOLDING CORP., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
    November _6_, 2018

BASHIAN & PAPANTONIOU, P.C    RIVKIN RADLER

By: _____  By: _/s/ Rosalinde Casalini_
 Erik M. Bashian, Esq.       ~~Jeremy Honig, Esq.~~ Rosalinde Casalini, Esq.
 *Attorneys for Plaintiff*       *Attorneys for Margi Holding Corp.*
 500 Old Country Road, Suite 302    477 Madison Avenue, 20th Floor
 Garden City, NY 11530      New York, NY 10022-5843
 eb@bashpaplaw.com       ~~Jeremy.Honig@rivkin.com~~
               rosalinde.casalini@rivkin.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NELSON,<br><br>            Plaintiff,<br><br>v.<br><br>45 SPRING FALAFEL LLC d/b/a Taim Falafel and MARGI HOLDING CORP.,<br><br>            Defendants. | Case No. 1:18-CV-7383 (LGS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Kareem Nelson and Defendants 45 SPRING FALAFEL LLC d/b/a Taim Falafel and MARGI HOLDING CORP., through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        November 26, 2018

BASHIAN & PAPANTONIOU, P.C          RIVKIN RADLER

By: _____          By: _____
Erik M. Bashian, Esq.                Jeremy Honig, Esq.
*Attorneys for Plaintiff*            *Attorneys for Margi Holding Corp.*
500 Old Country Road, Suite 302      477 Madison Avenue, 20th Floor
Garden City, NY 11530                New York, NY 10022-5843
eb@bashpaplaw.com                    Jeremy.Honig@rivkin.com

54325v1

BOYD RICHARDS PARKER &
COLONNELLI, P.L.

By:  *[signature]*
Gary Ehrlich, Esq.
Attorney for 45 Spring Falafel LLC
7 Times Square, 19th Floor
New York, NY 10036
gehrlich@boydlawgroup.com

**SO ORDERED:**

_____
Hon.